464 A.2d 519

Commonwealth v. Jacobs, Appellant.

612

Submitted March 15, 1983. Edward V. Schulgen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.